United States District Court
Southern District Of Texas
FILED

OCT 28 2020

David J. Bradley, Clerk

AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

__SOUTHERN__ DISTRICT OF __TEXAS__

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Arnulfo Sanchez-Cardosa

**CRIMINAL COMPLAINT**

Case Number: M-20-2320-M

IAE  YOB: 1983
Mexico

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 27, 2020__ in __Starr__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Rio Grande City, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Arnulfo Sanchez-Cardosa was encountered by Border Patrol Agents near Rio Grande City, Texas on October 27, 2020. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on October 27, 2020, near Rio Grande City, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on March 24, 2016, through Laredo, Texas. Prior to Deportation/Exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 23, 2011, the defendant was convicted of Smuggling Humans and was sentenced to two (2) years probation.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA Angel Castro

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

October 28, 2020         @ 7:01 AM

/S/ Amber Peterson
Signature of Complainant

Amber Peterson    Border Patrol Agent

J. Scott Hacker    , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer